**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 6174**

------------------------------------------------------------X

FAIR WIND (EUROPE) S.A.,  :  08 CV _____
: 
              Plaintiff,  :  ECF CASE
: 
- against -  :  **DISCLOSURE OF**
:  **INTERESTED PARTIES**
COSCO LOGISTICS (DALIAN), CO., LTD.,  :  **PURSUANT TO**
:  **FEDERAL RULE 7.1**
              Defendant.  : 

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 3, 2008
      New York, NY

**RECEIVED**
**JUL 07 2008**
**U.S.D.C. S.D. N.Y.**
**CASHIERS**

                              The Plaintiff,
                              FAIR WIND (EUROPE) S.A.

                              By: _____
                              Kevin J. Lennon
                              Nancy R. Peterson (Siegel)

                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              kjl@lenmur.com
                              nrs@lenmur.com